UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HAIKU HOUSES, a division of MATSUNOKI GROUP, INC., | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| and | ) ) |
| CHARLA H. HONEA | ) ) ) |
| Counter-Defendant, | ) ) |
| v. | ) ) |
| SANDRA COLLINS, | ) ) |
| Defendant/Counter-Plaintiff. | ) |

Civil Action No.: 3:09-cv-0295
Judge Echols
Magistrate Judge Griffin
JURY DEMAND

## AGREED ORDER

As evidenced by the electronic signatures of counsel for the Plaintiff/Counter-Defendant Matsunoki Group, Inc., of which Haiku Houses is a division, counsel for Counter-Defendant Charla H. Honea and counsel for Defendant/Counter-Plaintiff Sandra Collins, all matters and things in controversy between the parties have been compromised and settled and the parties have agreed that all claims of Plaintiff Matsunoki Group, Inc., of which Haiku Houses is a division, against Defendant Sandra Collins shall be dismissed with prejudice and that all counterclaims of Counter-Plaintiff Sandra Collins against Counter-Defendant Matsunoki Group, Inc., of which Haiku Houses is a division, and against Counter-Defendant Charla H. Honea shall be dismissed with prejudice. It is, therefore,

ORDERED, ADJUDGED and DECREED that the action of Plaintiff Matsunoki Group, Inc., of which Haiku Houses is a division, against Defendant Sandra Collins be and the same

hereby is dismissed with prejudice, with each party to bear its own costs and attorneys fees; and it is further

ORDERED, ADJUDGED and DECREED that the counterclaims of Counter-Plaintiff Sandra Collins against Counter-Defendant Matsunoki Group, Inc., of which Haiku Houses is a division, and against Counter-Defendant Charla H. Honea be and the same hereby are dismissed with prejudice, with each party to bear its own costs and attorneys fees.

ENTERED this _31st___ day of March, 2010.

                                    Robert L. Echols
                                    Senior United States District Judge

APPROVED FOR ENTRY:

BAYDOUN & KNIGHT, PLLC

By: /s/ Nader Baydoun
      Nader Baydoun
      Stephen C. Knight
      Christopher J. Oliver
Fifth/Third Center, Suite 2650
424 Church Street
Nashville, TN  37219

*Counsel for Plaintiff/Counter-Defendant*
*Haiku Houses, a division of Matsunoki Group, Inc.*
*and Counter-Defendant Charla H. Honea*

NEAL & HARWELL, PLC

By: /s/ Jon D. Ross
      Jon D. Ross
      Philip N. Elbert
      Elizabeth S. Tipping
150 Fourth Avenue North, Suite 2000
Nashville, Tennessee 37219

OF COUNSEL:

MILLER, CANFIELD, PADDOCK & STONE, PLC
LeRoy L. Asher, Jr.
Marcy L. Rosen
150 West Jefferson, Suite 2500
Detroit, Michigan  48226

*Counsel for Defendant/Counter-Plaintiff*
*Sandra Collins*